5/30/25

**New World Contracting LLC**
INCOME STATEMENT
For Month Ending May 31, 2025

Page 1

| | This Year Month | This Year Year-to-Date | Percent of Income | Prior Year Month | Prior Year Year-to-Date | Percent of Income |
|---|---|---|---|---|---|---|
| **INCOME** | | | | | | |
| Contract Revenue | | 301,642.54 | 100.00 | 334,868.59 | 2,206,964.55 | 99.97 |
| Other Income | | | | 530.86 | 530.86 | .02 |
| Interest Income | | 8.19 | | 19.20 | 60.47 | |
| TOTAL INCOME | | 301,650.73 | 100.00 | 335,418.65 | 2,207,555.88 | 100.00 |
| **COST OF CONSTRUCTION** | | | | | | |
| Job Labor | | 39,043.00 | 12.94 | 84,896.95 | 509,334.45 | 23.07 |
| Job Material | 1,148.31 | 170,692.51 | 56.59 | 108,091.20 | 788,391.23 | 35.71 |
| Job Sub-Contract | | 33,822.63 | 11.21 | 35,799.85 | 296,123.47 | 13.41 |
| Job Miscellaneous | (143.01) | 60,347.19 | 20.01 | 189,032.57 | 677,481.99 | 30.69 |
| Job Burden (PR Taxes & Ins) | | 3,464.72 | 1.15 | 18,920.07 | 90,266.45 | 4.09 |
| Job Equipment | | | | 56,878.25 | 120,673.55 | 5.47 |
| TOTAL COST OF CONSTRUCTION | 1,005.30 | 307,370.05 | 101.90 | 493,618.89 | 2,482,271.14 | 112.44 |
| Gross Profit | (1,005.30) | (5,719.32) | (1.90) | (158,200.24) | (274,715.26) | (12.44) |
| **GENERAL & ADMINISTRATIVE** | | | | | | |
| Auto-Truck Repairs | | 755.66 | .25 | | 1,704.15 | .08 |
| Bank Charges | | 2,204.91 | .73 | 2,833.30 | 8,209.74 | .37 |
| Dues & Subscriptions | | 1,209.24 | .40 | 253.00 | 759.00 | .03 |
| Equipment Lease | | | | 226.63 | 1,243.96 | .06 |
| Equipment Repairs | | | | 3,313.72 | 11,169.51 | .51 |
| Insurance - General | | 18,331.41 | 6.08 | | 15,151.23 | .69 |
| Insurance - Medical | | 737.12 | .24 | 633.20 | 3,166.00 | .14 |
| Insurance - WC | | (844.00) | (.28) | 5,050.41 | 13,731.82 | .62 |
| Insurance - Auto | | 6,922.65 | 2.29 | | | |
| Legal & Accounting | | 5,000.00 | 1.66 | | 10,936.25 | .50 |
| Consultancy Fee | | 7,750.00 | 2.57 | 14,000.00 | 32,800.42 | 1.49 |
| Licenses | | 449.08 | .15 | | 287.70 | .01 |
| Miscellaneous - Fees | | (39.52) | (.01) | | 7.49 | |
| Office Expense | | 289.81 | .10 | 1,680.00 | 8,254.43 | .37 |
| PR Taxes & Ins-FICA Expense | | 1,152.42 | .38 | 6,293.11 | 30,023.70 | 1.36 |
| PR Taxes & Ins-Unempl. Expense | | 95.21 | .03 | 14.58 | 941.09 | .04 |
| PR Taxes & Ins-WCI Expense | | | | | 737.00 | .03 |
| PR Taxes & Ins-Burden Applied | | (3,464.72) | (1.15) | (18,920.07) | (90,266.45) | (4.09) |
| Rent | | 43.18 | .01 | | | |
| Property Tax | | | | | 18,777.94 | .85 |
| Small Tools & Supplies | | 120.50 | .04 | | 698.19 | .03 |
| Telephone | | 257.88 | .09 | | | |
| Cell Phone | | 167.06 | .06 | | 195.40 | .01 |
| Office Training | | 501.81 | .17 | | | |
| Utilities | | 1,479.78 | .49 | 180.05 | 271.69 | .01 |
| Vehicle Tax & Registration | | 113.86 | .04 | | 307.75 | .01 |
| TOTAL GENERAL & ADMINISTRATIVE | | 43,233.34 | 14.33 | 15,557.93 | 69,108.01 | 3.13 |
| Operating Profit | (1,005.30) | (48,952.66) | (16.23) | (173,758.17) | (343,823.27) | (15.57) |
| Net Income Before Taxes | (1,005.30) | (48,952.66) | (16.23) | (173,758.17) | (343,823.27) | (15.57) |
| **TAXES ON INCOME** | | | | | | |
| Federal Income Tax | | | | (50,679.00) | (49,843.06) | (2.26) |
| TOTAL TAXES ON INCOME | | | | (50,679.00) | (49,843.06) | (2.26) |
| Net Income | (1,005.30) | (48,952.66) | (16.23) | (123,079.17) | (293,980.21) | (13.32) |

5/30/25             Page 1

**New World Contracting LLC**
INCOME STATEMENT
For Month Ending January 31, 2025

|  | This Year Month | Year-to-Date | Percent of Income | Prior Year Month | Year-to-Date | Percent of Income |
|---|---|---|---|---|---|---|
| **INCOME** | | | | | | |
| Contract Revenue | 168,646.29 | 168,646.29 | 100.00 | 293,376.39 | 293,376.39 | 100.00 |
| Interest Income | | | | 10.32 | 10.32 | |
| TOTAL INCOME | 168,646.29 | 168,646.29 | 100.00 | 293,386.71 | 293,386.71 | 100.00 |
| **COST OF CONSTRUCTION** | | | | | | |
| Job Labor | 18,226.00 | 18,226.00 | 10.81 | 67,075.00 | 67,075.00 | 22.86 |
| Job Material | 27,639.30 | 27,639.30 | 16.39 | 46,741.45 | 46,741.45 | 15.93 |
| Job Sub-Contract | | | | 23,982.00 | 23,982.00 | 8.17 |
| Job Miscellaneous | 50,837.06 | 50,837.06 | 30.14 | 87,686.74 | 87,686.74 | 29.89 |
| Job Burden (PR Taxes & Ins) | 3,464.72 | 3,464.72 | 2.05 | 12,729.49 | 12,729.49 | 4.34 |
| Job Equipment | | | | 45,999.94 | 45,999.94 | 15.68 |
| TOTAL COST OF CONSTRUCTION | 100,167.08 | 100,167.08 | 59.39 | 284,214.62 | 284,214.62 | 96.87 |
| Gross Profit | 68,479.21 | 68,479.21 | 40.61 | 9,172.09 | 9,172.09 | 3.13 |
| **GENERAL & ADMINISTRATIVE** | | | | | | |
| Auto-Truck Repairs | 755.66 | 755.66 | .45 | 1,704.15 | 1,704.15 | .58 |
| Bank Charges | 122.96 | 122.96 | .07 | 2,474.63 | 2,474.63 | .84 |
| Dues & Subscriptions | 286.76 | 286.76 | .17 | | | |
| Equipment Lease | | | | 226.63 | 226.63 | .08 |
| Equipment Repairs | | | | 1,704.15 | 1,704.15 | .58 |
| Insurance - General | 4,543.10 | 4,543.10 | 2.69 | 5,050.41 | 5,050.41 | 1.72 |
| Insurance - Medical | 184.28 | 184.28 | .11 | 633.20 | 633.20 | .22 |
| Insurance - WC | (844.00) | (844.00) | (.50) | | | |
| Insurance - Auto | 1,730.66 | 1,730.66 | 1.03 | | | |
| Legal & Accounting | | | | 3,391.50 | 3,391.50 | 1.16 |
| Consultancy Fee | 750.00 | 750.00 | .44 | | | |
| Licenses | 344.24 | 344.24 | .20 | | | |
| Miscellaneous - Fees | (39.52) | (39.52) | (.02) | 7.49 | 7.49 | |
| Office Expense | 120.00 | 120.00 | .07 | 945.00 | 945.00 | .32 |
| PR Taxes & Ins-FICA Expense | 1,152.42 | 1,152.42 | .68 | 4,233.94 | 4,233.94 | 1.44 |
| PR Taxes & Ins-Unempl. Expense | 95.21 | 95.21 | .06 | 349.06 | 349.06 | .12 |
| PR Taxes & Ins-Burden Applied | (3,464.72) | (3,464.72) | (2.05) | (12,729.49) | (12,729.49) | (4.34) |
| Property Tax | | | | 11,348.04 | 11,348.04 | 3.87 |
| Small Tools & Supplies | | | | 698.19 | 698.19 | .24 |
| TOTAL GENERAL & ADMINISTRATIVE | 5,737.05 | 5,737.05 | 3.40 | 20,036.90 | 20,036.90 | 6.83 |
| Operating Profit | 62,742.16 | 62,742.16 | 37.20 | (10,864.81) | (10,864.81) | (3.70) |
| Net Income Before Taxes | 62,742.16 | 62,742.16 | 37.20 | (10,864.81) | (10,864.81) | (3.70) |
| Net Income | 62,742.16 | 62,742.16 | 37.20 | (10,864.81) | (10,864.81) | (3.70) |

5/30/25                                                                                                                                    Page 2

# New World Contracting LLC
## BALANCE SHEET
### May 31, 2025

## ASSETS

**Current Assets**
| | | |
|---|---:|---:|
| Cash Checking - | $ 2,780.08 | |
| Legacy LOC | 9,973.50 | |
| Lagacy Texas -Prosperity #1982 | 3,498.96 | |
| Legacy Texas Credit Card | (76,995.78) | |
| Accounts Receivable Trade | 2.97 | |
| A/R Setup Offset | 360.00 | |
| Accounts Receivable - Employee | 3,757.74 | |
| Inventory | (179.91) | |
| Under Billings | 26,528.80 | |
| Total Current Assets | | $ (30,273.64) |

**Fixed Assets**
| | | |
|---|---:|---:|
| Land | 562,783.87 | |
| Building | 37,250.00 | |
| Construction Equipment | (87,253.01) | |
| Equipment-Cat #X00232 | 178,998.05 | |
| Equipment Roller CP34 | 123,526.73 | |
| Equipment Excavator 315 | 257,224.38 | |
| 2021 Matrix Message Board | 101,375.47 | |
| Bobcat T770 | 86,778.54 | |
| Office Condo | (.04) | |
| HOA | 18,008.00 | |
| New Office Construction | 91.32 | |
| Vehicles | 119,042.60 | |
| Office Furniture & Equipment | 6,240.24 | |
| Accumulated Depreciation | (330,126.48) | |
| Total Fixed Assets | | 1,073,939.67 |

**Other Assets**
| | | |
|---|---:|---:|
| Prepaid Insurance - WCI | 8,693.55 | |
| Prepaid Insurance - General | 21,225.88 | |
| Prepaid Interest | 1,657.56 | |
| Deposits | 11,567.51 | |
| Plan Deposit | 2,060.00 | |
| Total Other Assets | | 45,204.50 |

| | | |
|---|---:|---:|
| **TOTAL ASSETS** | | **$ 1,088,870.53** |

## LIABILITIES AND STOCKHOLDERS EQUITY

**LIABILITIES**
**Current Liabilities**
| | | |
|---|---:|---:|
| Accounts Payable | 350,319.22 | |
| Retainage Payable | 30,822.56 | |
| Salaries Payable | 10,123.00 | |
| Loan from Owner | 6,380.00 | |
| Notes Payable - Misc | (3,020.00) | |
| Notes Payable - | (17,243.98) | |
| Cat Payable-S/T | 59,716.44 | |
| FICA and Federal Payable | (22,954.96) | |
| Federal Unemployment Liability | 490.96 | |
| State Unemployment Liability | (3,129.03) | |
| Line of Credit | (15,839.75) | |
| Total Current Liabilities | | 395,664.46 |

**Long-Term Liabilities**
| | | | |
|---|---:|---:|---:|
| Notes Payable Excavator 315 | 41,536.38 | | |
| Total Long-Term Liabilities | | 41,536.38 | |
| | | | |
| **TOTAL LIABILITIES** | | | 437,200.84 |

**STOCKHOLDERS EQUITY**
| | | | |
|---|---:|---:|---:|
| Additional Paid in Capital | | 1,531,738.92 | |
| Member's Equity | | (954,933.08) | |
| Retained Earnings | | 123,816.51 | |
| Profit and Loss | | (48,952.66) | |
| TOTAL STOCKHOLDERS EQUITY | | | 651,669.69 |

| | | |
|---|---|---:|
| **TOTAL LIABILITIES AND STOCKHOLDERS EQUITY** | | **$ 1,088,870.53** |

5/30/25

New World Contracting LLC
BALANCE SHEET
January 31, 2025

Page 2

## ASSETS

| | | |
|---|---:|---:|
| **Current Assets** | | |
| Cash Checking - | $ 2,780.08 | |
| Legacy LOC | 2,682.26 | |
| Lagacy Texas -Prosperity #1982 | 3,684.16 | |
| Legacy Texas Credit Card | (79,607.50) | |
| Accounts Receivable Trade | 168,649.24 | |
| A/R Setup Offset | 360.00 | |
| Accounts Receivable - Employee | 3,757.74 | |
| Under Billings | 26,528.80 | |
| Total Current Assets | | $ 128,834.78 |
| | | |
| **Fixed Assets** | | |
| Land | 562,783.87 | |
| Building | 37,250.00 | |
| Construction Equipment | (87,253.01) | |
| Equipment-Cat #X00232 | 168,796.49 | |
| Equipment Roller CP34 | 123,526.73 | |
| Equipment Excavator 315 | 257,224.38 | |
| 2021 Matrix Message Board | 101,375.47 | |
| Bobcat T770 | 86,778.54 | |
| Office Condo | (.04) | |
| HOA | 18,008.00 | |
| New Office Construction | 91.32 | |
| Vehicles | 119,042.60 | |
| Office Furniture & Equipment | 6,240.24 | |
| Accumulated Depreciation | (330,126.48) | |
| Total Fixed Assets | | 1,063,738.11 |
| | | |
| **Other Assets** | | |
| Prepaid Insurance - WCI | 8,542.55 | |
| Prepaid Insurance - General | 21,225.88 | |
| Deposits | 11,567.51 | |
| Plan Deposit | 2,060.00 | |
| Total Other Assets | | 43,395.94 |
| | | |
| **TOTAL ASSETS** | | **$ 1,235,968.83** |

## LIABILITIES AND STOCKHOLDERS EQUITY

| | | |
|---|---:|---:|
| **LIABILITIES** | | |
| **Current Liabilities** | | |
| Accounts Payable | 370,940.24 | |
| Retainage Payable | 40,789.93 | |
| Salaries Payable | 10,123.00 | |
| Loan from Owner | 6,380.00 | |
| Notes Payable - Misc | (3,020.00) | |
| Notes Payable - | (17,243.98) | |
| Cat Payable-S/T | 59,716.44 | |
| FICA and Federal Payable | (20,347.12) | |
| Federal Unemployment Liability | 490.96 | |
| State Unemployment Liability | (3,047.46) | |
| Line of Credit | (8,548.51) | |
| Total Current Liabilities | | 436,233.50 |
| | | |
| **Long-Term Liabilities** | | |
| Notes Payable Excavator 315 | 41,536.38 | |
| Total Long-Term Liabilities | | 41,536.38 |
| | | |
| **TOTAL LIABILITIES** | | 477,769.88 |
| | | |
| **STOCKHOLDERS EQUITY** | | |
| Additional Paid in Capital | 1,524,401.64 | |
| Member's Equity | (954,933.08) | |
| Retained Earnings | 125,988.23 | |
| Profit and Loss | 62,742.16 | |
| TOTAL STOCKHOLDERS EQUITY | | 758,198.95 |
| | | |
| **TOTAL LIABILITIES AND STOCKHOLDERS EQUITY** | | **$ 1,235,968.83** |