## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re | § | **Chapter 11** |
| | § | |
| **NEW WORLD CONTRACTING, LLC**[1] | § | **Case No. 25-31944-SGJ-11** |
| | § | |
| **DEBTOR.** | § | |

### PRE-STATUS CONFERENCE REPORT FOR THE DEBTOR

**New World Contracting, LLC.,** the debtor in the above-referenced bankruptcy case (the "Debtor"), files this Status Report and would respectfully show the Court as follows:

1.      On May 28, 2025 (the "Petition Date"), the Debtor filed a voluntary petition and schedules for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of Texas, Ft. Worth Division (the "Bankruptcy Court").

2.      On June 2nd, 2025, the Meeting of Creditors 341(a) meeting [Dkt. #13] was set for July 7th, 2025.

3.      On June 12th, 2025, this Court entered an order; the Notice of Status conference has been set for July 24th, 2025, at 2:30 p.m., and this status conference report is due July 10th, 2025 [Dkt. #12]. The Debtor's counsel missed this order based on a death in his immediate family that has distracted his attention.

4.      On July 16th, 2025, an Amended Statement of Affairs was filed, amended legal actions against Debtor, [Dkt. #25].

5.      On July 24th, 2025, Amended Schedules A-B were filed to amend the current value of the equipment [Dkt. #28]. Also, Amended Schedule D and EF were filed to add three new creditors [Dkt. #29].

---

[1] The last four digits of the Debtor's EIN is 1596

**FACTUAL BACKGROUND**

6.      The Debtor is a Texas corporation filing under Chapter 11 of Title 11, a small business debtor according to the definition in the Bankruptcy Code, and qualified for Subchapter V of Title 11.

7.      The Debtor operates a construction business that mostly concentrates on road and highway construction.

8.      The Debtor anticipates filing a Plan of Reorganization that will be negotiated in good faith with all parties in interest. The proposed structure of the Plan is as follows:

    a.  The Debtor intends to retain a strategic partner company to assist with bonding capabilities necessary to obtain future projects. Upon successful reorganization and resolution of outstanding debts, the Debtor plans to merge operations with this partner to strengthen its post-confirmation viability.

    b.  The Debtor will engage in negotiations with both secured and unsecured creditors to determine the amount of allowed claims. The Debtor intends to seek Court approval of any settlement agreements regarding such claims.

    c.  The proposed Plan will provide for payment in full of all allowed secured claims, and proposes to pay 100% of the allowed unsecured claims over the life of the Plan.

WHEREFORE, the Debtor respectfully requests that this status report be accepted.

Dated: July 24th, 2025.                              Respectfully submitted,

                                                                  THE WILEY LAW GROUP, PLLC

                                                                  */s/ Kevin S. Wiley, Sr.*
                                                                  Kevin S. Wiley, Sr.
                                                                  Texas State Bar No. 21470700

325 N. St. Paul Street, Suite 2250
Dallas, TX 75201
Tel. (214) 537-9572
Fax (972) 449-5717
kwiley@wileylawgroup.com
*Counsel for the Debtors,*
*New World Contracting, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of this Pre-Status Report were forwarded to the Subchapter V Trustee, the U.S. Trustee, and the Creditors on the attached mailing list via electronic mail on this 24th day of July 2025.

*/s/ Kevin S. Wiley, Sr.*